# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| GOOD SHEPHERD REHABILITATION NETWORK, INC., | : No. 327 MAL 2021 |
| | : |
| | : |
| Respondent | : Petition for Allowance of Appeal |
| | : from the Order of the |
| | : Commonwealth Court |
| v. | : |
| | : |
| | : |
| CITY OF ALLENTOWN, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.